1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SAUL ARREDONDO BECERRA

6

7               IN THE UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,    ) No. 2:07-cr-00223-MCE
                                )
12              Plaintiff,      )
                                ) STIPULATION AND ORDER
13      v.                      )
                                )
14 SAUL ARREDONDO BECERRA,      ) Date:  July 19, 2007
                                ) Time:  9:00 a.m.
15              Defendants.     ) Judge: Hon. Morrison C. England
                                )
16 _____)

17        It is hereby stipulated and agreed to between the United States of
18 America though Kyle Reardon, Assistant U.S. Attorney and defendant,
19 SAUL ARREDONDO BECERRA, by and through his counsel, Dennis S. Waks,
20 Supervising Assistant Federal Defender, that the status conference of
21 July 5, 2007 be vacated and a status conference be set for July 19,
22 2007, at 9:00 a.m.
23        This continuance is being requested because defense counsel
24 requires additional time to review discovery, continue our
25 investigation, and to interview our client and other witnesses. The
26 parties are awaiting a Presentence Investigation Report before
27 conviction or plea of guilty to be prepared by the probation office of
28 the Eastern District of California.

1   Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for July 19, 2007,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon
4  continuity of counsel and defense preparation.

Dated:  June 29, 2007

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Dennis S. Waks
                                              _____
                                              DENNIS S. WAKS
                                              Supervising Assistant Federal
                                              Defender
                                              Attorney for Defendant
                                              SAUL ARREDONDO BECERRA

Dated:  June 29, 2007

                                              MCGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ Dennis S. Waks for

                                              _____
                                              KYLE REARDON
                                              Assistant U.S. Attorney

                                    O R D E R

IT IS SO ORDERED.

Dated: July 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE