```
 1  DANIEL J. BRODERICK, Bar #89414
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SAUL ARREDONDO BECERRA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00223-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| SAUL ARREDONDO BECERRA, | ) Date: August 2, 2007 |
| Defendants. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America though Kyle Reardon, Assistant U.S. Attorney and defendant, SAUL ARREDONDO BECERRA, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of July 19, 2007 be vacated and a status conference be set for August 2, 2007, at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 2, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 19, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks

_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
SAUL ARREDONDO BECERRA

Dated: July 18, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Dennis S. Waks for

_____
KYLE REARDON
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

Dated: July 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2