1  DANIEL J. BRODERICK, Bar #89414
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SAUL ARREDONDO-BECERRA

6

7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,    ) No. 2:07-cr-00223-MCE
                                )
12           Plaintiff,          )
                                )
13      v.                       ) STIPULATION AND ORDER
                                )
14 SAUL ARREDONDO-BECERRA,      ) Date:  August 30, 2007
                                ) Time:  9:00 a.m.
15           Defendant.          ) Judge: Hon. Morrison C. England
                                )
16 _____)

17      It is hereby stipulated and agreed to between the United States of
18 America though Kyle Reardon, Assistant U.S. Attorney and defendant,
19 SAUL ARREDONDO-BECERRA, by and through his counsel, Dennis S. Waks,
20 Supervising Assistant Federal Defender, that the status conference of
21 August 2, 2007 be vacated and a change of plea be set for August 30,
22 2007, at 9:00 a.m.
23      This continuance is being requested because defense counsel
24 requires additional time to review discovery, continue our
25 investigation, and to interview our client and other witnesses.
26 ///
27 ///
28

Speedy trial time is to be excluded from the date of this order through the date of the change of plea set for August 30, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  July 31, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal
                                    Defender
                                    Attorney for Defendant
                                    SAUL ARREDONDO-BECERRA

Dated:  July 31, 2007

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Dennis S. Waks for
                                    _____
                                    KYLE REARDON
                                    Assistant U.S. Attorney

                      O R D E R

IT IS SO ORDERED.

 Dated: August 1, 2007

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE